UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| _____ | |
| **REGINA C. FILANNINO-RESTIFO, on Behalf** : | Case No. 16-2374 (JBS-JS) |
| **Of Herself and All Others Similarly Situated** : | |
|    **Plaintiffs** : | |
| : | |
|    vs. : | |
| : | |
| **TD BANK, N.A.** : | |
|    **Defendant** : | |
| _____: | |
| **DAVID DIAZ and RYAN FRANCO,** : | Case No. 16-2395 (JBS-JS) |
| **Individually and on Behalf of All Others** : | |
| **Similarly Situated** : | |
|    **Plaintiffs** : | |
| : | |
|    vs. : | |
| : | |
| **TD BANK, N.A.** : | |
|    **Defendant** : | |
| _____: | |
| **NONA LUCE, On Behalf of Herself and All** : | Case No. 16-2621 (JBS-JS) |
| **Others Similarly Situated** : | |
|    **Plaintiffs** : | |
| : | |
|    vs. : | |
| : | |
| **TD BANK, N.A.** : | |
|    **Defendant** : | |
| _____: | |
| **DAVID SPECTOR, on Behalf of Himself and All** : | Case No. 16-2682 (JBS-JS) |
| **Others Similarly Situated** : | |
|    **Plaintiffs** : | |
| : | |
|    vs. : | |
| : | |
| **TD BANK, N.A.** : | |
|    **Defendant** : | |
| _____: | |

| | |
|---|---|
| **DAVID McENERNEY, on Behalf of Himself and All Others Similarly Situated**<br>    **Plaintiffs**<br><br>        vs.<br><br>**TD BANK, N.A.**<br>    **Defendant** | **Case No. 16-2918 (JBS-JS)** |
| **CHRISTINE KRULAN, Individually and on Behalf of All Other Persons Similarly Situated**<br>    **Plaintiffs**<br><br>        vs.<br><br>**TD BANK, N.A.**<br>    **Defendant** | **Case No. 16-2919 (JBS-JS)** |
| **JUAN CARLOS MACIAS, Individually and on Behalf of All Other Persons Similarly Situated**<br>    **Plaintiffs**<br><br>        vs.<br><br>**TD BANK, N.A.**<br>    **Defendant** | **Case No. 16-3420 (JBS-JS)** |
| **JEFFREY FEINMAN, Individually and on Behalf of All Other Persons Similarly Situated**<br>    **Plaintiffs**<br><br>        vs.<br><br>**TD BANK, N.A.**<br>    **Defendant** | **Case No. 16-3435 (JBS-JS)**<br><br>**Assigned to the Honorable**<br>**Jerome B. Simandlle**<br><br>**Magistrate Judge**<br>**Joel Schneider** |

## NOTICE OF APPEAL

NOTICE is hereby given that Objectors/Appellants Erin Caligiuri and American Realty Concepts LLC appeal to the United States Court of Appeals for the Third Circuit from the Order Granting Class Certification of a Settlement Class and Final Approval of a Proposed Class Action

Settlement, Granting Plaintiffs' Counsel's Application for Attorneys' Fees and Litigation Costs, and Granting Representative Plaintiffs a Service Award [ECF #60] of the United States District Court for the District of New Jersey, entered in this action on January 12, 2018.

|  |  |
|---|---|
|  | VULLINGS LAW GROUP, LLC |
| Dated: January 23, 2018 | */s/ Brent F. Vullings*_____<br>Brent F. Vullings, Esq.<br>*Attorney for Objectors*<br>*Erin Caligiuri &*<br>*American Realty Concepts LLC* |